## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELLWETHER ENTERPRISE REAL ESTATE CAPITAL, LLC, | ) CIVIL ACTION NO.: 2:19-cv-10351-MLCF-JVM<br>) Consolidated with:    2:19-cv-13058-MLCF-JVM<br>) |
| v. | ) SECTION: "F"(1)<br>) |
| CHRISTOPHER JAYE, et al., | ) JUDGE: Martin L.C. Feldman<br>) |
| *Related to All Cases* | ) MAGISTRATE JUDGE: Janis van Meerveld |

### STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' confidential settlement agreement, Bellwether Enterprise Real Estate Capital, LLC; Mirus New Orleans, LLC; Christopher Jaye; and Kristi Morgan stipulate to dismiss Case Numbers 2:19-cv-10351 and 2:19-cv-13058 with prejudice and to bear their own fees and costs associated with said actions.

| | |
|---|---|
| Dated: February 23, 2021<br><br>*/s/ Constantinos G. Panagopoulos*<br>Constantinos G. Panagopoulos<br>Ballard Spahr LLP<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Tel. 202-661-2278 \| Fax. 202-661-2299<br>cgp@ballardsphar.com<br><br>Alexandra E. Mora (La. Bar No. 23535)<br>Law Office of Alexandra Mora, APLC<br>322 Lafayette Street<br>New Orleans, LA 70130<br>Tel. 504-566-0233 \| Fax. 504-566-8997<br>amora@alexmora.com<br><br>*Counsel for Bellwether Enterprise Real Estate Capital, LLC* | Dated: February 23, 2021<br><br>*/s/ Richard J. Tyler*<br>Richard J. Tyler (La. Bar No. 1155)<br>Graham H. Ryan (La. Bar No. 34070)<br>Jones Walker LLP<br>201 St. Charles Avenue, 49th Floor<br>New Orleans, LA 70170<br>Tel. 504-582-8370 \| Fax. 504-589-8370<br>rtyler@joneswalker.com<br>gryan@joneswalker.com<br><br>*Counsel for Mirus New Orleans, LLC, Christopher Jaye, and Kristi Morgan* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I filed the foregoing *Stipulation to Dismiss* via

the Court's CM/ECF system, with an electronic copy being served on:

Graham H. Ryan          gryan@joneswalker.com

Richard John Tyler      rtyler@joneswalker.com

*/s/ Constantinos G. Panagopoulos*
Constantinos G. Panagopoulos